**Fill in this information to identify the case:**

Debtor 1 __Cheryl Ann Bingham__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Tennessee

Case number __18-22755__

Official Form 410S1

# Notice of Mortgage Payment Change                              12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Orion FCU/TruHome Solutions LLC

**Court claim no. (if known):** 3

**Last 4 digits of any number you use to identify the debtor's account:** 0008

**Date of payment change:**
Must be at least 21 days after date of this notice    03/01/2020

**New total payment:**    $ 1,846.05
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 562.71     New escrow payment: $ 1,226.58

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

Debtor 1  **Cheryl Ann Bingham**
         First Name  Middle Name  Last Name

Case number (if known) **18-22755**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ Raven N. Chrisp
Signature

Date  01/24/2020

Print:  Raven N. Chrisp
        First Name   Middle Name   Last Name

Title  Default Specialist

Company  TruHome Solutions, LLC-Servicer

Address  9601 Legler Rd.
         Number    Street

         Lenexa                    KS    66219
         City                      State ZIP Code

Contact phone  913/214-3595

Email  rchrisp@truhome.com

TruHome Solutions, LLC Servicing Members of:


Orion Federal Credit Union

c/o TruHome Solutions, LLC
PO Box 14908
Lenexa, KS 66285-4908


TRUHOME SOLUTIONS

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**



https://www.mtgserv.com/OrionFCU


Mon - Fri 7 am – 8 pm CST
Sat 8 am – 1 pm CST
Telephone: (855) 855-7694
Fax: 866-949-1690


Correspondence
PO Box 14908
Lenexa, KS 66285

000004
CHERYL A BINGHAM
2249 EASTON DR
CORDOVA  TN  38016

Analysis Date: 01/03/20

Loan Number: ████████

Borrower Name: CHERYL A BINGHAM

Each year we review your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay your property taxes, homeowner's insurance, mortgage insurance premiums and/or flood insurance on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and the details related to your account.

**1. What is the amount of my new monthly payment starting March 01, 2020?**

| Payment Items | Payment as of Last Analysis | New Payment | Difference |
|---|---|---|---|
| Principal and Interest | $619.47 | $619.47 | $0.00 |
| Escrow | 562.71 | 614.13 | 51.42 |
| Shortage/Surplus | 0.00 | 612.45 | 612.45 |
| **Total Payment** | **$1,182.18** | **$1,846.05** | **$663.87** |

- **Note:** If you currently use a third party bill pay service to make automatic payments, please update the amount scheduled for submission in March to reflect the new payment listed above. If you are currently set up on Electronic Funds Transfer (ACH) draft this new amount will automatically take effect with your March draft.

**2. What are the most common reasons that my escrow payment may change from year to year?**

A. **Increases or Decreases in Amounts Billed** – the amount we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes, homeowner's insurance, mortgage insurance premiums and/or flood insurance. The information below compares the amount we expect to pay over the next 12 months from your escrow account to the actual amount collected over the last 12 months. The difference column reflects the increase or decrease for the escrowed items.

| | Previously Collected | Projected Disbursement | Difference |
|---|---|---|---|
| CITY TAX | N/A | $1,137.77 | $1,137.77 |
| COUNTY TAX | N/A | $1,441.80 | $1,441.80 |
| HOMEOWNERS I | $3,027.00 | $3,644.00 | $617.00 |
| PMI | $95.50 | $1,146.00 | $1,050.50 |
| **Total Annual Escrow Payments** | **$3,122.50** | **$7,369.57** | **$4,247.07** |
| Monthly Escrow Payments | $562.71 | $614.13 | $51.42 |

B. **Repayment of Escrow Shortage or Overage** - According to the projections shown in Table 1 on the reverse side, your escrow account will fall below the minimum required balance of $1,037.26 in January. This means you have a *shortage* of $7,349.38 in your escrow account.

| Projected Low Escrow Balance | | Allowable Low Escrow Balance | | Shortage |
|---|---|---|---|---|
| -$6,312.12 | minus | $1,037.26 | equals | $7,349.38 |

---

**Please write your loan number on your check and mail this portion with your payment.**


TRUHOME SOLUTIONS

Loan Number: ████████

Name: CHERYL A BINGHAM

Shortage Amount: $7,349.38

TruHome Solutions, LLC
PO Box 14908
Lenexa, KS 66285-4908

**ESCROW SHORTAGE COUPON**

You have the following options to repay your Escrow Shortage:

A. **Repay the Escrow Shortage Monthly** – The total shortage has been divided over 12 months and $612.45 will automatically be added to your monthly payment beginning March 01, 2020 unless you repay the escrow shortage in full.

B. **Repay the Escrow Shortage in Full** – Please submit a check in the amount of $7,349.38 along with this coupon to the address listed. Your new monthly payment will be $1,233.60 once the escrow shortage is paid in full.

Amount Enclosed $_____

NEW PAYMENT EFFECTIVE DATE: March 01, 2020

## COMING YEAR ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow shortage or surplus. Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference between the estimated and actual payments and disbursements. An 'E' indicates estimates for future payments or disbursements.

### TABLE 1 - ACCOUNT PROJECTIONS

| Month | Payments Estimate | Disbursements Estimate | Description | Total Balance | Minimum Required | Difference |
|---|---|---|---|---|---|---|
| | | | Beginning Balance | -$5,793.48 | | |
| March | 614.13 | 95.50 | PMI | -5,274.85 | 1,037.26 | -6,312.11 |
| April | 614.13 | 95.50 | PMI | -4,756.22 | 1,037.26 | -5,793.48 |
| May | 614.13 | 95.50 | PMI | -4,237.59 | 1,037.26 | -5,274.85 |
| June | 614.13 | 95.50 | PMI | -3,718.96 | 1,037.26 | -4,756.22 |
| July | 614.13 | 95.50 | PMI | -3,200.33 | 1,037.26 | -4,237.59 |
| August | 614.13 | 95.50 | PMI | -2,681.70 | 1,037.26 | -3,718.96 |
| August | 0.00 | 1,137.77 | CITY TAX | -3,819.47 | 1,037.26 | -4,856.73 |
| September | 614.13 | 95.50 | PMI | -3,300.84 | 1,037.26 | -4,338.10 |
| October | 614.13 | 95.50 | PMI | -2,782.21 | 1,037.26 | -3,819.47 |
| November | 614.13 | 95.50 | PMI | -2,263.58 | 1,037.26 | -3,300.84 |
| December | 614.13 | 95.50 | PMI | -1,744.95 | 1,037.26 | -2,782.21 |
| December | 0.00 | 1,441.80 | COUNTY TAX | -3,186.75 | 1,037.26 | -4,224.01 |
| January | 614.13 | 95.50 | PMI | -2,668.12 | 1,037.26 | -3,705.38 |
| January | 0.00 | 3,644.00 | HOMEOWNERS I | -6,312.12 | 1,037.26 | -7,349.38 ** |
| February | 614.13 | 95.50 | PMI | -5,793.49 | 1,037.26 | -6,830.75 |

**Low Balance used to determine escrow overage or shortage.

Federal Law (RESPA) allows lenders to maintain a two month cushion in an escrow account, unless your mortgage contract or state law specifies a lower amount. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.

### TABLE 2 - ESCROW ACTIVITY HISTORY

| Month | Payments Estimate | Payments Actual | Disbursements Estimate | Disbursements Actual | Description | Total Balance |
|---|---|---|---|---|---|---|
| History | | | | | Beginning Balance | -$4,166.52 |
| March | 562.71 | 0.00 * | 0.00 | 191.00 * | PMI | -4,357.52 |
| April | 562.71 | 0.00 * | 0.00 | 95.50 * | PMI | -4,453.02 |
| May | 562.71 | 0.00 * | 0.00 | 95.50 * | PMI | -4,548.52 |
| June | 562.71 | 0.00 * | 0.00 | 95.50 * | PMI | -4,644.02 |
| July | 562.71 | 1,159.08 * | 0.00 | 95.50 * | PMI | -3,580.44 |
| August | 562.71 | 0.00 * | 0.00 | 95.50 * | PMI | -3,675.94 |
| August | 0.00 | 0.00 | 0.00 | 1,137.77 * | CITY TAX | -4,813.71 |
| September | 562.71 | 0.00 * | 0.00 | 95.50 * | PMI | -4,909.21 |
| October | 562.71 | 2,318.16 * | 0.00 | 95.50 * | PMI | -2,686.55 |
| November | 562.71 | 579.54 * | 0.00 | 95.50 * | PMI | -2,202.51 |
| December | 562.71 | 0.00 * | 0.00 | 95.50 * | PMI | -2,298.01 |
| December | 0.00 | 0.00 | 0.00 | 1,441.80 * | COUNTY TAX | -3,739.81 |
| January | 562.71 | 1,159.08 * | 3,027.00 | 3,345.00 * | HOMEOWNERS I | -5,925.73 |
| January | 0.00 | 0.00 | 0.00 | 95.50 * | PMI | -6,021.23 |
| February | 562.71 | 0.00 * | 95.50 | 95.50 | PMI | -6,116.73 |
| March | 0.00 | 844.31 * | 0.00 | 95.50 * | PMI | -5,367.92 |
| April | 0.00 | 844.31 * | 0.00 | 95.50 * | PMI | -4,619.11 |
| May | 0.00 | 844.31 * | 0.00 | 95.50 * | PMI | -3,870.30 |
| June | 0.00 | 1,125.42 * | 0.00 | 95.50 * | PMI | -2,840.38 |
| July | 0.00 | 562.71 * | 0.00 | 95.50 * | PMI | -2,373.17 |
| August | 0.00 | 562.71 * | 0.00 | 95.50 * | PMI | -1,905.96 |
| August | 0.00 | 0.00 | 0.00 | 1,137.77 * | CITY TAX | -3,043.73 |
| September | 0.00 | 0.00 | 0.00 | 95.50 * | PMI | -3,139.23 |
| October | 0.00 | 1,125.42 * | 0.00 | 95.50 * | PMI | -2,109.31 |
| November | 0.00 | 562.71 * | 0.00 | 95.50 * | PMI | -1,642.10 |
| November | 0.00 | 0.00 | 0.00 | 1,441.80 * | COUNTY TAX | -3,083.90 |
| December | 0.00 | 562.71 * | 0.00 | 95.50 * | PMI | -2,616.69 |
| December | 0.00 | 0.00 | 0.00 | 3,644.00 * | HOMEOWNERS I | -6,260.69 |
| February | 0.00 | 562.71 E | 0.00 | 95.50 E | PMI | -5,793.48 |

### Bankruptcy Information

If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect a debt, but notice of possible enforcement of the lien against the collateral property.

### In Case of Error or Additional Questions

Please retain this statement for your records. If you think your statement is inaccurate or you have questions, please contact Member Services at (855) 855-7694 or in writing at PO Box 14908 Lenexa, KS 66285.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF TENNESSEE

**IN RE:**

Cheryl Ann Bingham

Debtor(s)                    Case No: 18-22755

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the Debtor, Debtor's Attorney and Chapter 13 Trustee will be served either electronically or via U.S. mail this 24th day of January 2020.

Cheryl Ann Bingham
2249 Easton Dr.
Cordova, TN 38016

B. David Sweeney
The Sweeney Law Firm, P.C.
Po Box 341698
Bartlett, TN 38134
901-386-3662
Email: bdavidsweeney@gmail.com

George W. Stevenson
Chapter 13 Trustee
5350 Poplar Avenue, Suite 500
Memphis, TN 38119
901-821-2400

/s/ Raven N. Chrisp
Default Specialist
TruHome Solutions, LLC
9601 Legler Rd.
Lenexa, KS 66219