**Dated: January 29, 2020**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

```
               UNITED STATES BANKRUPTCY COURT
                WESTERN DISTRICT OF TENNESSEE

In re:                                    Chapter 13
CHERYL ANN BINGHAM
Debtor(s)                                 Case No. 18-22755-K
SSN(1) XXX-XX-4152
```

### ADMINISTRATIVE ORDER MODIFYING PLAN

Comes now the Standing Chapter 13 Trustee who would show unto the Court that he has received notice that the debtor(s)' mortgage payments have been increased, and that the plan should be modified to provide for said payments.

Premises considered, the Court being of the opinion that the Trustee's motion is well founded;

IT IS THEREFORE ORDERED that the ongoing mortgage payments to ORION FEDERAL CREDIT UNION shall be increased to $1,846.05 effective with the payment for 03/01/2020 and that the debtor's plan payments will be increased accordingly.

IT IS FURTHER ORDERED that a copy of this Motion and Order be mailed to the debtor(s) and debtor(s)' attorney of record and that the debtor(s) shall be given 10 days in which to file a written application for modification of this order. In the absense of such application, this order shall become final.

/S/ George W. Stevenson
Chapter 13 Trustee

```
CC:    George W. Stevenson
JPO
       CHERYL ANN BINGHAM
       2249 EASTON DR
       CORDOVA, TN  38016

       B DAVID SWEENEY ATTY

       ORION FEDERAL CREDIT UNION
       C/O TRUHOME SOLUTIONS
       PO BOX 14908
       LENEXA, KS  66285-4908
```