**Dated: February 22, 2020**
**The following is SO ORDERED:**

_David S. Kennedy_
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

```
                                                          IT507
              UNITED STATES BANKRUPTCY COURT
                WESTERN DISTRICT OF TENNESSEE

In re:                                              Chapter 13
CHERYL ANN BINGHAM
Debtor(s)                                    Case No. 18-22755-K
SSN(1) XXX-XX-4152
```

---

ORDER DIRECTING DEBTOR TO CHANGE
PAYMENTS TO TRUSTEE

---

In this matter, it appearing to the Court that the debtor's plan payments should be changed.

IT IS THEREFORE ORDERED That the debtor's plan payments be changed to $2,726.00 MONTHLY and forward same to the Chapter 13 Trustee, George W. Stevenson, 5350 Poplar Avenue, Suite 500, Memphis, Tennessee 38119-3697.

/S/ George W. Stevenson
Chapter 13 Trustee

CC: George W. Stevenson

CHERYL ANN BINGHAM
2249 EASTON DR
CORDOVA, TN 38016

B DAVID SWEENEY ATTY