**Dated: May 15, 2020**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

_____

In re:   Cheryl Bingham,                                Case No. 18-22755-DSK
                                                        Chapter 13

         Debtor

_____

ORDER SUSTAINING OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE
CLAIM OF ORION FEDERAL CREDIT UNION C/O TRUHOME SOLUTION, LLC,
DOCKET NUMBER 45

_____

This matter was set based upon the Objection to the notice of mortgage payment change

claim of Orion Federal Credit Union c/o Truhome Solution , LLC,  Claim by the Debtor, in regard to

the Notice of mortgage payment change filed by Truhome Solution, LLC.  There having been no

responses or objections filed and based upon statements of Counsel, the ongoing mortgage payment

shall be amended to the original amount of $1,218.18 and the escrow arrearage claim shall be

increased by $7349.38.  The total arrearage claim shall be $26,862. The mortgage company shall

immediately amend the proof of claim.  The Trustee shall adjust the plan payments as necessary to

effectuate this Order.

        IT IS SO ORDERED.

Approved:


/s/ B. David Sweeney
P.O. Box 341698
Bartlett TN  38184
(901) 523-2323
BPR 12821



 /s/ George W. Stevenson

Chapter 13 Trustee

Cc:
Debtor
Debtor's Attorney
Chapter 13 Trustee
Orion FCU
c/o TruHome Solutions, LLc
9601 Legler Road
Lenexa KS  66219